UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANNA LYNNE SHINN,<br><br>Defendant. | Case No. 23-cr-00009-GPC<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Information the United States sought forfeiture of all right, title and interest in firearms and ammunition of Defendant DIANNA LYNNE SHINN ("Defendant"), pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), and Title 28, United States Code, Section 2461(c) as firearms and ammunition involved in the violations of Title 18, United States Code, Section 922(g)(1) as set forth in Counts 1 and 2 of the Information, and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), as property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Section 841(a)(1), and as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations of Title 21, United States Code, Section 841(a)(1), as set forth in Counts 3 and 4 of the Information; and,

WHEREAS, on or about April 27, 2023, Defendant pled guilty before Magistrate Judge Bernard G. Skomal to the Counts 1 and 3 of the Information, consented to the forfeiture allegations of the Information, and agreed pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), and Title 28, United States Code, Section 2461(c) to forfeit all firearms and ammunition seized in connection with this case including but not limited to the following:

    a.     One (1) Jimenez Arms, .22 Caliber Pistol, Bearing Serial Number 1280474; and

    b.     One (1) Lucznik, 9mm Caliber Pistol, With an Obliterated Serial Number; and

    c.     Thirteen (13) Rounds Assorted Ammunition CAL: Assorted; and

WHEREAS, on May 12, 2023, this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the Court finds that the United States has established the requisite nexus between the forfeited firearms and ammunition and the offenses; and,

WHEREAS, by virtue of said guilty pleas, the United States is now entitled to possession of the above- referenced firearms and ammunition, pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), and Title 28, United States Code, Section 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and,

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced firearms and ammunition which are hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through her attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant to Counts 1 and 3 of the Information, the United States is hereby authorized to take custody and control of the following firearms and ammunition, and all right, title and interest of Defendant DIANNA LYNNE SHINN in the following firearms and ammunition are hereby forfeited to the United States pursuant to Title 18, U.S.C. § 924(d)(1), Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), and Title 28, United States Code, Section 2461(c) for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

   a. One (1) Jimenez Arms, .22 Caliber Pistol, Bearing Serial Number 1280474; and

   b. One (1) Lucznik, 9mm Caliber Pistol, With an Obliterated Serial Number; and

   c. Thirteen (13) Rounds Assorted Ammunition CAL: Assorted.

2. The aforementioned forfeited assets are to be held by the Bureau of Alcohol Tobacco and Firearms in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the

Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the firearms and ammunition in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited firearms and ammunition must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the firearms and ammunition, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited firearms and ammunition and any additional facts supporting the petitioner's claim and the relief sought.

6. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to Title 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

7. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgement.

8. This order shall be incorporated and included as part of the judgment in this case when Defendant is sentenced.

**IT IS SO ORDERED.**

Dated:  August 3, 2023

*Gonzalo Curiel*
Hon. Gonzalo P. Curiel
United States District Judge